## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| HERITAGE HOME GROUP LLC, *et al.*, | Case No. 18-11736 (BLS) |
| Debtors,[1] | Jointly Administered |

| | |
|---|---|
| HERITAGE HOME GROUP LLC, | |
| Plaintiff, | |
| v. | |
| ANGELUS FURNITURE OUTLET, INC. | Adv. Proc. No. 18-50968 (BLS) |
| CABOT HOUSE INC. | Adv. Proc. No. 19-50000 (BLS) |
| CAMPBELL & CO. INC. | Adv. Proc. No. 19-50001 (BLS) |
| PLUM MANAGEMENT LLC | Adv. Proc. No. 19-50002 (BLS) |
| QUALITY FURNITURE, LLC | Adv. Proc. No. 19-50003 (BLS) |
| SAMALCO LLC | Adv. Proc. No. 19-50004 (BLS) |
| THE ANNEX LLC | |
| d/b/a THOMASVILLE DREXEL | Adv. Proc. No. 19-50005 (BLS) |
| TOW OF WISCONSIN, INC. | Adv. Proc. No. 19-50006 (BLS) |
| Defendants. | **Re: Adv. D.I. 1, 11, 12, 40, 41 & 42** |

## NOTICE OF COMPLETION OF BRIEFING ON
## DEFENDANTS' MOTIONS TO DISMISS COMPLAINT

Pursuant to Del. Bankr. L.R. 7007-4, the above-captioned defendants (the "Defendants"),

by and through their undersigned counsel, hereby notify the Court that briefing has been

completed on each of their respective *Defendant's Motion to Dismiss Complaint* (the "Motion")

[Adv. D.I. 10].[2] The pleadings relevant to the Motions are as follows:

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165): HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150).  The Debtors' corporate headquarters is located at 1925 Eastchester Drive, High Point, North Carolina 27265.

[2] Unless stated otherwise, all references to 'Adv. D.I. __' shall refer to the docket in Adversary No. 18-50968.

{00029119. }

1.      Complaint [Adv. D.I. 1; filed 01/04/2019]

2.      Defendant's Motion to Dismiss Complaint [Adv. D.I. 11; filed 02/26/2019]

3.      Memorandum of Law in Support of Motion by Defendant to Dismiss Adversary Proceeding  [Adv. D.I. 12; filed 02/26/2019]

4.      PNC Bank, N.A.'s Memorandum of Law in Opposition to Motion by Defendant to Dismiss Adversary Proceeding [Adv. D.I. 40; filed 08/24/2020]

5.      Memorandum of Law for Reply in Support of Motion by Defendant to Dismiss Adversary Proceeding [Adv. D.I. 41; filed 09/14/2020]

6.      Defendant's Request for Oral Argument [Adv. D.I. 42; filed 09/28/2020]

Dated: October 1, 2020
        Wilmington, Delaware                    Respectfully Submitted,

                                                **THE ROSNER LAW GROUP LLC**

                                                */s/ Jason A. Gibson*
                                                Frederick B. Rosner (DE #3995)
                                                Jason A. Gibson (DE #6091)
                                                Zhao (Ruby) Liu (DE #6436)
                                                824 N. Market Street, Suite 810
                                                Wilmington, DE 19801
                                                Telephone:  (302) 777-1111
                                                Email:  rosner@teamrosner.com
                                                        gibson@teamrosner.com
                                                        liu@teamrosner.com

                                                - and –

                                                **FENNEMORE CRAIG, P.C.**
                                                Anthony W. Austin
                                                2394 E. Camelback Road, Ste. 600
                                                Phoenix, AZ 85016
                                                Telephone: 602-916-5000
                                                Email: aaustin@fclaw.com

                                                *Counsel to Defendants*