# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| HERITAGE HOME GROUP LLC, *et al.*, | Case No. 18-11736 (BLS) |
| Debtors.[1] | Jointly Administered |
| HERITAGE HOME GROUP LLC, | |
| Plaintiff, | |
| v. | |
| ANGELUS FURNITURE OUTLET, INC. | Adv. Proc. No. 18-50968 (BLS) |
| CABOT HOUSE INC. | Adv. Proc. No. 19-50000 (BLS) |
| CAMPBELL & CO. INC. | Adv. Proc. No. 19-50001 (BLS) |
| PLUM MANAGEMENT LLC | Adv. Proc. No. 19-50002 (BLS) |
| QUALITY FURNITURE, LLC | Adv. Proc. No. 19-50003 (BLS) |
| SAMALCO LLC | Adv. Proc. No. 19-50004 (BLS) |
| THE ANNEX LLC | |
| d/b/a THOMASVILLE DREXEL | Adv. Proc. No. 19-50005 (BLS) |
| TOW OF WISCONSIN, INC. | Adv. Proc. No. 19-50006 (BLS) |
| Defendants. | |

## NOTICE OF ORAL ARGUMENT

**PLEASE TAKE NOTICE** that on February 26, 2019, the above-captioned defendants (collectively, the "Defendants") each filed a *Defendant's Motion to Dismiss Complaint* (the "Motions to Dismiss") and accompanying *Memorandum of Law in Support of Motion by Defendant to Dismiss Adversary Proceeding* with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on August 24, 2020, PNC Bank, N.A. filed a *Memorandum of Law in Opposition to Motion by Defendant to Dismiss Adversary Proceeding*.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165): HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters is located at 1925 Eastchester Drive, High Point, North Carolina 27265.

{00029230. }

**PLEASE TAKE FURTHER NOTICE** that on September 28, 2020, Defendants filed a *Request for Oral Argument* on the Motions to Dismiss with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Court granted Defendants' Request for Oral Argument and a hearing on the Motions to Dismiss will be held on **December 3, 2020 at 10:00 a.m. (ET)** before the Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #1.

Dated: October 13, 2020
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Frederick B. Rosner (DE #3995)
Jason A. Gibson (DE #6091)
Zhao (Ruby) Liu (DE #6436)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
Email: rosner@teamrosner.com
       gibson@teamrosner.com
       liu@teamrosner.com

and

FENNEMORE CRAIG, P.C.
Anthony W. Austin
2394 E. Camelback Road, Ste. 600
Phoenix, AZ 85016
Telephone: 602-916-5000
Email: aaustin@fclaw.com

*Counsel to Defendants*