IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HERITAGE HOME GROUP LLC, *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 18-11736 (BLS) |
| HERITAGE HOME GROUP LLC,<br><br>Plaintiff,<br><br>PNC BANK, NATIONAL ASSOCIATION, in its capacity as pre-petition and post-petition lender,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>ANGELUS FURNITURE OUTLET, INC.,<br><br>Defendant. | Adv. Pro. No. 18-50968 (BLS) |

## **MEDIATOR'S CERTIFICATE OF COMPLETION**

In accordance with this Court's Order Approving Stipulation Governing Mediation, dated December 7, 2020, the undersigned Mediator reports that this mediation was not held on March 8, 2021 as the parties did not want to go forward with mediation. This matter has not been resolved and should proceed to trial.

Dated: April 6, 2021

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek C. Abbott*
Derek C. Abbott (#3376)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Phone: (302) 351-9357
Facsimile: (302) 425-4664

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, as applicable, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters is located at 1925 Eastchester Drive, High Point, North Carolina 27265.