# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| In Re: ) | Bankruptcy Case No.: 18−11736−BLS |
| Heritage Home Group LLC ) | Bankruptcy Chapter: 7 |
|    Debtor ) | |
| _____ ) | |
| Heritage Home Group LLC ) | |
| ) | |
|    Plaintiff ) | Adv. Proc. No.: 18−50968−BLS |
|    vs. ) | |
| Angelus Furniture Outlet, Inc. | |
|    Defendant ) | |

## ORDER SETTING STATUS CONFERENCE

IT IS ORDERED that a Status Conference will be held on 5/12/21, at 10:00 AM in the United States Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, DE 19801. All parties are directed to attend either in person or telephonically.

  Plaintiff's Counsel is required to attend the hearing.
  Defendant and/or Defendant's Counsel is required to attend the hearing.

Date: 4/7/21

Brendan Linehan Shannon
Bankruptcy Judge

(VAN−460a)