# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:** ) | Bankruptcy Case No.: 18−11736−BLS |
| Heritage Home Group LLC ) | Bankruptcy Chapter: 7 |
|    Debtor ) | |
| _____ ) | |
| Heritage Home Group LLC ) | |
| ) | |
|    Plaintiff ) | Adv. Proc. No.: 18−50968−BLS |
|    vs. ) | |
| Angelus Furniture Outlet, Inc. | |
|    Defendant ) | |

### ORDER SETTING STATUS CONFERENCE

IT IS ORDERED that a Status Conference will be held on 5/12/21, at 10:00 AM in the United States Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, DE 19801. All parties are directed to attend either in person or telephonically.

  Plaintiff's Counsel is required to attend the hearing.
  Defendant and/or Defendant's Counsel is required to attend the hearing.

Date: 4/7/21

                                                            Brendan Linehan Shannon
                                                                Bankruptcy Judge

(VAN−460a)

United States Bankruptcy Court
District of Delaware

Heritage Home Group LLC,
    Plaintiff

Angelus Furniture Outlet, Inc.,
    Defendant

Adv. Proc. No. 18-50968-BLS

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 07, 2021 | Form ID: van460a | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Angelus Furniture Outlet, Inc., Attn: Leslie Raguse, 7227 Edinger Ave., Huntington Beach, CA 92647-3501 |
| pla | + | Heritage Home Group LLC, 1925 Eastchester Drive, High Point, NC 27265-1404 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Kass | on behalf of Interested Party Kurtzman Carson Consultants LLC ECFpleadings@kccllc.com  ecfpleadings@kccllc.com |
| Alfred T. Giuliano | ddileo@giulianomiller.com;nj68@ecfcbis.com;agiuliano@ecf.epiqsystems.com;nj90@ecfcbis.com |
| Frederick Brian Rosner | on behalf of Defendant Angelus Furniture Outlet  Inc. rosner@teamrosner.com |
| Jaime Luton Chapman | on behalf of Plaintiff Heritage Home Group LLC bankfilings@ycst.com |
| Jason A. Gibson | on behalf of Defendant Angelus Furniture Outlet  Inc. gibson@teamrosner.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 07, 2021 | Form ID: van460a | Total Noticed: 2 |

Kurtzman Carson Consultants LLC
    info@kccllc.com  ecfpleadings@kccllc.com

Peter J Keane
    on behalf of Trustee Alfred T. Giuliano pkeane@pszjlaw.com

Scott J. Leonhardt
    on behalf of Defendant Angelus Furniture Outlet  Inc. leonhardt@teamrosner.com

Stanley B. Tarr
    on behalf of Intervenor-Plaintiff PNC Bank  National Association tarr@blankrome.com

Zhao Liu
    on behalf of Defendant Angelus Furniture Outlet  Inc. liu@teamrosner.com

TOTAL: 10